UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 3 MAR 2009
```

------------------------------------------------------------x

Joseph Pell Lombardi d/b/a, Joseph Pell
Lombardi & Associates, Architects,

       Plaintiff,

            v.

Whitehall XII/Hubert Street, LLC, Whitehall
Street Real Estate Limited Partnership XII, WH
Advisors, L.L.C., XII, BKSK Architects, L.L.P,
Pavarini McGovern, L.L.C., John Doe, and ABC
Company,

       Defendants.

------------------------------------------------------------x

04 Civ. 6752 (PAC)

[~~proposed~~] Order Vacating Entry
of Judgment of March 3, 2009

   Whereas plaintiff has informed the Court that plaintiff has resolved the collateral matters as directed in the Court's order of March 2, 2009, the Judgment entered on March 3, 2009 is hereby **VACATED** and the case reopened.

Dated: March 23, 2009

Hon. Paul A. Crotty, U.S.D.J.